**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**DONALD MALONE, # 137064**                                              **PETITIONER**

**VERSUS**                                                    **CAUSE NO. 1:14CV423-LG-RHW**

**WARDEN WALKER**                                                        **RESPONDENT**

**FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby, **DISMISSED WITHOUT PREJUDICE** for failure to obey Court orders and to prosecute.

**SO ORDERED AND ADJUDGED** this the 8th day of May, 2015.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE